## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                               Case No.  2:10-cr-70-FtM-36SPC

EDELMIRA TREVINO

    Defendant.
_____

## **ORDER**

    This cause comes before the Court on the Report and Recommendation of United States Magistrate Judge Sheri Polster Chappell filed on September 23, 2010 (Doc. 49).  No objections have been filed, and the time for doing so has expired.  When considering a report and recommendation, the Court reviews legal conclusions de novo, even in the absence of an objection.  *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

    A hearing on Defendant's Motion to Suppress (Doc. 22) was held before Judge Chappell on August 30, 2010.  During the hearing, the Government called three witnesses to the stand: Officer John Bellis, Agent Jonathan Sherwin, and Agent Joseph Gonzalez.  Defendant Edelmira Trevino did not present any testimony.  Subsequent to the hearing, Judge Chappell issued a Report and Recommendation.  Judge Chappell recommended that, since a reasonable suspicion existed to stop Defendant's vehicle and probable cause existed for the search of Defendant's vehicle, Defendant's Motion to Suppress should be denied.

    After reviewing the Defendant's Motion to Suppress (Doc. 22), the Government's response

(Doc. 29) and conducting an independent examination of the file and of the transcript of the Motion to Suppress hearing, and upon due consideration of the Report and Recommendation, the Court determines that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Doc. 49) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's Motion to Suppress (Doc. 22) is **DENIED**.

**DONE AND ORDERED** at Ft. Myers, Florida, on October 13, 2010.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Magistrate Judge Sheri Polster Chappell
Counsel of Record